**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-1074**

————————

MESITA L. LOVE,

                                        Plaintiff - Appellant,

        versus

JOHN E. POTTER, in his capacity as Postmaster
General,

                                        Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-02-498)

————————

Submitted:  March 31, 2003              Decided:  May 1, 2003

————————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Mesita L. Love, Appellant Pro Se.  Debra Jean Prillaman, Assistant
United States Attorney, Richmond, Virginia; Christopher John
Burton, UNITED STATES POSTAL SERVICE, Washington, D.C., for
Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mesita L. Love appeals the district court's order granting summary judgment to Defendant in this action alleging employment discrimination based on gender, race, disability, and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Love v. Potter, No. CA-02-498 (E.D. Va. Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2